MARTIN J. BRILL (SBN 53220)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: mjb@lnbrb.com, tma@lnbrb.com

Proposed Counsel for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>CATHERINE P. MACADAM and<br>DONAL J. MACADAM,<br><br>Debtors. | Case No. 1:09-bk-17476-MT<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 330**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

**TO THE UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE 20 LARGEST UNSECURED CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that Catherine P. MacAdam and Donal J. MacAdam, the chapter 11 debtors and debtors in possession herein (the "Debtors"), have filed an application (the "Application") to employ the law firm of Levene, Neale, Bender, Rankin & Brill L.L.P.

1

("LNBRB") pursuant to 11 U.S.C. §§ 327 and 330 to represent the Debtors in connection with their chapter 11 bankruptcy case upon the terms and conditions set forth in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and their 4 minor children own Sweetwater Vineyards, LLC, which, in turn, owns 100% of the equity of Agua Dulce Vineyards, LLC, a California limited liability company ("ADV").  ADV is a chapter 11 debtor and debtor in possession its own bankruptcy case (Case No. 1:09-bk-15207-MT) that was filed on May 4, 2009.  That case is also pending before this Court before the Honorable Maureen A. Tighe.  LNBRB has been employed by ADV as its bankruptcy counsel.  The Debtors have priority and general unsecured claims against the ADV estate.  However, the Debtors have agreed, by way of the Application, to subordinate their claims against the ADV estate to all other claims therein.  The Debtors do not believe that the ADV estate has any claims against them.  In the event that, despite the foregoing, an issue arises that creates an actual conflict of interests between the Debtors' estate and ADV's estate, ADV's estate will employ independent counsel to analyze the issue and take appropriate action.

**PLEASE TAKE FURTHER NOTICE** that during the one-year period prior to their chapter 11 filing, the Debtors paid no sums to LNBRB for legal services in contemplation of and in connection with the Debtors' chapter 11 case (other than the Debtors' $1,039 chapter 11 bankruptcy filing fee).

LNBRB will bill its time for its representation of the Debtors on an hourly basis in accordance with LNBRB's standard hourly billing rates, and will seek reimbursement of expenses in accordance with the rates set forth in the guidelines previously promulgated by the Office of the United States Trustee.  The Debtors expect that Martin J. Brill and Todd M. Arnold will be the LNBRB attorneys primarily responsible for the representation of the Debtors.  The hourly rates of the foregoing attorneys are $575 and $425, respectively.

LNBRB will seek Court authority to be paid from the Debtors' estate for any and all fees incurred and expenses advanced by LNBRB in its representation of the Debtors. LNBRB recognizes that the payment of any such additional fees and expenses will be subject to further Court order after notice and a hearing.

The Application is based on this Notice, the Application, the Declaration of Martin J. Brill, Esq. in support of the Application, and all other pleadings filed in support of the Application, the entire record of the cases, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Levene, Neale, Bender, Rankin & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attention: Todd M. Arnold, Tel: (310) 229-1234, Fax: (310) 229-1244, Email: TMA@LNBRB.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtor, LNBRB and the Office of the United States Trustee no later than 15 days following the date of service of this Notice.

///

///

///

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve an objection or request for hearing within this fifteen (15) day period may be deemed by the Court to be consent to the relief requested in the Application.

Dated: June 29, 2009

AGUA DULCE VINEYARDS, LLC,
a California limited liability company

By: *Martin J. Brill*
    MARTIN J. BRILL
    TODD M. ARNOLD
    LEVENE, NEALE, BENDER, RANKIN
      & BRILL L.L.P.
    Proposed Attorneys for Chapter 11
    Debtors and Debtors in Possession

| In re:<br><br>CATHERINE P. MACADAM and DONAL J. MACADAM,<br><br>Debtor(s). | Chapter 11<br><br>1:09-bk-17476-MT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **NOTICE OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. AS BANKRUPTCY COUNSEL PURSUANT TO 11 U.S.C. §§ 327 AND 330** will be served on the Judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Martin J Brill    mjb@lnbrb.com
- Katherine Bunker    kate.bunker@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 29, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**By Overnight Mail**
The Hon. Maureen Tighe
United States Bankruptcy Court
21041 Burbank Boulevard
Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2009 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                     **F 9013-3.1**

Catherine P. MacAdam  
Donal J. MacAdam  
20 Largest  
SERVICE BY U.S. MAIL

Catherine P. MacAdam  
Donal J. MacAdam  
9640 Sierra Highway  
Agua Dulce, CA 91390

Katherine Bunker  
Office of the U.S. Trustee  
21051 Warner Center Lane Ste 115  
Woodland Hills, CA 91367

Western Commercial Bank  
21550 Oxnard St.  
Ste 100  
Woodland Hills, CA 91367

KSI Financial  
Henry Haskell  
17 Arcadian Dr., # 106  
Paramus, NJ 07652

Merchant E Solutions, Inc  
3400 Bridge Parkway  
Redwood City, CA 94065

Encore Glass  
4345 Industrial Way  
Benicia, CA 94510

Assoc. Winery Systems, Inc.  
Prospero Equipment Corp.  
9505 Rd. 30 1/2  
Madera, CA 93638

Newmark Communications, Inc.  
400 S Victory Blvd # 300  
Burbank, CA 91502

Trust International Corp.  
501 S Flagler Dr. # 300  
West Palm Beach, FL 33401

Axis Capital/Leaf Funding  
2005 Market St. 14th Fl.  
Philadelphia, PA 19103

Leaf financial/Axis Capital  
2005 Market St 14th Floor  
Philedeplphia, PA 19103

William Lively & Assoc  
23929 Valencia Blvd. #411  
Santa Clarita, CA 91355

AV Party Rentals  
23800 San Fernando Road  
Newhall, CA 91321

Robert Rothchild Farms  
3143 East US Highway 36  
PO Box 767  
Urbana, OH 43078

Capital One  
1680 Capital One Drive  
Mc Lean, VA 22102

Southern Cal. Mat. Handling, Inc.  
8314 E Slauson Ave  
Pico Rivera, CA 90660

Bank of America  
101 N. Tyron  
Charlotte, NC 28255

Dr. Olga Popel M.D.  
5620 Wilbur Ave #322  
Trazanna, CA 91356

Applied Bank  
P.O. Box 17120  
Wilmington, DE 19886-7120

Lexus Financial Services  
P.O. Box 22202  
Owings Mills, MD 21117

HSBC Cardservices  
P.O. Box 60136  
City of Industry, CA 91716-0136

Reassure America Life Ins. Co.  
Attn: legal Dept.  
1700 Magnovox Way  
Fort Wayne, IN 46804