| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District Of California** | |
| In re:<br>Catherine P MacAdam<br>Donal J. MacAdam aka Don J. MacAdam | CHAPTER NO.:  11 |
| | CASE NO.: 1:09−bk−17476−MT |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 15 days from filing of your petition:

☑ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002−1(g)]
☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☑ Debtor's Certification of Employment Income
☑ Statement of Social Security Number(s) Form B21

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

      Chapter 11     1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

      21041 Burbank Blvd, Woodland Hills, CA 91367−6603

If you have any questions, please contact the below−referenced Deputy Clerk:

                                                          **JON D. CERETTO, CLERK OF COURT**

Dated: June 17, 2009

                                                          **By: Jewell Williams**
                                                             **Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: jwilliams              Page 1 of 1                  Date Rcvd: Jun 29, 2009
Case: 09-17476                Form ID: ccdn                Total Noticed: 4

The following entities were noticed by first class mail on Jul 01, 2009.
db/jdb        +Catherine P MacAdam,   Donal J. MacAdam,   9640 Sierra Highway,   Agua Dulce, CA 91390-4622
aty           +Katherine Bunker,   21051 Warner Center Lane Ste 115,   Woodland Hills, CA 91367-6550
aty           +Martin J Brill,   10250 Constellation Blvd Ste 1700,   Los Angeles, CA 90067-6200
ust           +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
                Woodland Hills, CA 91367-6550

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2009**                            **Signature:** _Joseph Speetjens_